UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON L. SANDERS,

        Plaintiff,                                Case No. 2:13-CV-264

v.                                            HON. ROBERT HOLMES BELL

ROBERT NAPEL et al.,

        Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 18, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 89) recommending that the Court grant motions for summary judgment filed by Defendants Defoe, Derosi, Havenor, Henning, Judkins, Koval, Levallie, Makela, McMann, Nadue, Nurkula, Tallio, Vitilla, Young, Anderson, Dikema, Gabe, Holt, Ike, Brenda James, Unknown James, Martin, J. Milliner, Montgomery, Noble, Perveat, Sari, and Craig Tasson. The magistrate further recommended that the Court certify that an appeal of the action would not be in good faith.

No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 18, 2015, R&R (ECF No. 89) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (ECF Nos. 50, 82) are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Defoe, Derosi, Havenor, Henning, Judkins, Koval, Levallie, Makela, McMann, Nadue, Nurkula, Tallio, Vitilla, Young, Anderson, Dikema, Gabe, Holt, Ike, Brenda James, Unknown James, Martin, J. Milliner, Montgomery, Noble, Perveat, Sari, and Craig Tasson are **DISMISSED** for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that an appeal would not be taken in good faith.

Because all of the Defendants have been dismissed, a judgment will be entered that is consistent with this order.


Dated: September 14, 2015            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE